**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPPI**

| | |
|---|---|
| IN RE: | CHAPTER 13 NO: |
| **CRYSTAL NORENE ALLEN** | **21-01202-JAW** |

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

PLEASE TAKE NOTICE that the above referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **1st** day of **SEPTEMBER 2026**

***/s/ Harold J Barkley, Jr.***

Harold J. Barkley, Jr. – Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com