**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Crystal Norene Allen, Debtor** **Case No. 21-01202-JAW**
**Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Crystal Norene Allen________________ 09-03-2026___
Crystal Norene Allen Date

/s/ Thomas C. Rollins, Jr.________________ 09-03-2026___
Thomas C. Rollins, Jr., MS Bar No. 103469 Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On September 3, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.___________
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
CRYSTAL NORENE ALLEN

CASE NO: 21-01202

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/3/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CRYSTAL NORENE ALLEN

CASE NO: 21-01202

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/3/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/3/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01202
SOUTHERN DISTRICT OF MISSISSIPPI
THU SEP 3 7-53-8 PST 2026

FIRST HERITAGE CREDIT CO HEIGHTS FINANCE
PO BOX 1947
GREENVILLE SC 29602-1947

~~EXCLUDE~~
~~(U)MIDFIRST BANK~~

QUANTUM3 GROUP LLC
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND WA 98083-0788

WELLS FARGO BANK NA
DEFAULT DOCUMENT PROCESSING
N9286-01Y
1000 BLUE GENTIAN ROAD
EAGAN MN 55121-1663

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

1ST HERITAGE CREDIT
CO HEIGHTS FINANCE
PO BOX 1947
GREENVILLE SC 29602-1947

ALLTRAN FINANCIAL
PO BOX 722910
HOUSTON TX 77272-2910

BANK PLUS
1068 HIGHLAND COLONY P
RIDGELAND MS 39157-8807

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
P O BOX 982284
EL PASO TX 79998-2284

CAPITAL ORTHOPEDIC CLI
104 BURNEY DRIVE
FLOWOOD MS 39232-6621

CAVALRY PORTFOLIO SERV
500 SUMMIT LAKE DR
VALHALLA NY 10595-1340

CAVALRY SPV I LLC AS ASSIGNEE OF
CITIBANK NA
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-2321

CITIBANK
701 EAST 60TH ST N
SIOUX FALLS SD 57104-0432

CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117-6217

COMCAST
220 LAKERIDGE DRIVE SE
SMYRNA GA 30082-5244

CREDIT MANAGEMENT LP
6080 TENNYSON PARKWAY
PLANO TX 75024-6002

ELIZABETH CROWELL PRICE ESQ
DEAN MORRIS LLC
ATTORNEYS FOR WELLS FARGO BANK NA
1820 AVENUE OF AMERICA
MONROE LA 71201-4530

FIRST HERITAGE CREDIT OF MISSISSIPPI LLC
DBA 1ST HERITAGE CREDIT
CO HEIGHTS FINANCE
PO BOX 1947
GREENVILLE SC 29602-1947

JAMES A NADLER
PO BOX 52815
ATLANTA GA 30355-0815

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MIDFIRST BANK
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD 110
OKLAHOMA CITY OK 73118-6051

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD
STE 100
NORFOLK VA 23502-4952

PORTFOLIO RECOVERY ASS
PO BOX 12903
NORFOLK VA 23541-0903

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND WA 98083-0788

RAUSCH STURM ISRAEL
PO BOX 312277
ENTERPRISE AL 36331-2277

SYNCHRONY BANK
PO BOX 105972
ATLANTA GA 30348-5972

SYNCHRONY BANK
PO BOX 965028
ORLANDO FL 32896-5028

TJ MAXX
PO BOX 530948
ATLANTA GA 30353-0948

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WELLS FARGO BANK NA
DEFAULT DOCUMENT PROCESSING
MAC N9286-01Y
PO BOX 1629
MINNEAPOLIS MN 55440-1629

WELLS FARGO HOME MORT
PO BOX 10335
DES MOINES IA 50306-0335

DEBTOR

CRYSTAL NORENE ALLEN
406 AUTUMN CREEK DR
RIDGELAND MS 39157-2909

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 4476~~
~~JACKSON MS 39296-4476~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~