United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-01202-JAW
Crystal Norene Allen Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Sep 29, 2026 Form ID: 3180W Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal Norene Allen, 406 Autumn Creek Dr., Ridgeland, MS 39157-2909 |
| 5018786 | + | Capital Orthopedic Cli, 104 Burney Drive, Flowood, MS 39232-6621 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | Sep 29 2026 19:53:00 | First Heritage CREDIT C/O Heights Finance, P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| cr | | EDI: Q3G.COM | Sep 29 2026 23:48:00 | Quantum3 Group LLC, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | EDI: WFHOME | Sep 29 2026 23:48:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 5018782 | + | Email/Text: bankruptcy@curo.com | Sep 29 2026 19:53:00 | 1st Heritage Credit, c/o Heights Finance, P.O Box 1947, Greenville, SC 29602-1947 |
| 5018783 | + | EDI: URSI.COM | Sep 29 2026 23:48:00 | Alltran Financial, P.O. Box 722910, Houston, TX 77272-2910 |
| 5018785 | + | Email/Text: znotice@bankplus.net | Sep 29 2026 19:53:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5018784 | + | EDI: BANKAMER | Sep 29 2026 23:48:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5022363 | + | EDI: BANKAMER2 | Sep 29 2026 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5018787 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2026 19:53:00 | Cavalry Portfolio Serv, 500 Summit Lake Dr, Valhalla, NY 10595-1340 |
| 5022366 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2026 19:53:00 | Cavalry SPV I, LLC as assignee of, Citibank, N.A., 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5018789 | + | EDI: CITICORP | Sep 29 2026 23:48:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 5018788 | + | EDI: CITICORP | Sep 29 2026 23:48:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5018790 | + | EDI: COMCASTCBLCENT | Sep 29 2026 23:48:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 5018791 | + | EDI: CMIGROUP.COM | Sep 29 2026 23:48:00 | Credit Management, LP, 6080 Tennyson Parkway, Plano, TX 75024-6002 |
| 5019760 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 29 2026 19:51:13 | Elizabeth Crowell Price, Esq., Dean Morris, LLC, Attorneys for Wells Fargo Bank, N.A., 1820 Avenue of America, Monroe LA 71201-4530 |
| 5019202 | + | Email/Text: bankruptcy@curo.com | Sep 29 2026 19:53:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, c/o Heights Finance, P.O Box 1947, Greenville, SC 29602-1947 |
| 5018792 | ^ | MEBN | Sep 29 2026 19:51:23 | James A. Nadler, P.O. Box 52815, Atlanta, GA 30355-0815 |
| 5026818 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 19:56:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5254708 | + | EDI: AISMIDFIRST | Sep 29 2026 23:48:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5018793 | | EDI: PRA.COM | Sep 29 2026 23:48:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5026889 | | EDI: PRA.COM | Sep 29 2026 23:48:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5018794 | + | EDI: PRA.COM | Sep 29 2026 23:48:00 | Portfolio Recovery Ass, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 5018795 | + | EDI: PRA.COM | Sep 29 2026 23:48:00 | Portfolio Recovery Ass, P.O. Box 12903, Norfolk, VA 23541-0903 |
| 5027341 | | EDI: Q3G.COM | Sep 29 2026 23:48:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5018796 | ^ | MEBN | Sep 29 2026 19:51:11 | Rausch, Sturm, Israel, PO Box 312277, Enterprise, AL 36331-2277 |
| 5018798 | + | EDI: SYNC | Sep 29 2026 23:48:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5018797 | + | EDI: SYNC | Sep 29 2026 23:48:00 | Synchrony Bank, Po Box 965028, Orlando, FL 32896-5028 |
| 5018799 | | EDI: SYNC | Sep 29 2026 23:48:00 | TJ Maxx, P.O. Box 530948, Atlanta, GA 30353-0948 |
| 5019720 | + | EDI: WFHOME | Sep 29 2026 23:48:00 | Wells Fargo Bank, N.A., Default Document Processing,, MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 5018800 | + | EDI: WFHOME | Sep 29 2026 23:48:00 | Wells Fargo Home Mort, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor Wells Fargo Bank N.A. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Crystal Norene Allen jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Crystal Norene Allen trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Crystal Norene Allen** | Social Security number or ITIN | **xxx-xx-0296** |
| | First Name Middle Name Last Name | EIN | _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _-_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21-01202-JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Crystal Norene Allen**
aka Cryatal Norine Allen

Dated: 9/29/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**